UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jacquelyn LeBleu
        Plaintiff,

v.                Case No.: 1:17−cv−01320
                Honorable Sidney I. Schenkier

Walgreens Co.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

   MINUTE entry before the Honorable Sidney I. Schenkier: The parties have filed a joint motion for court approval of settlement (doc. #[42]); no appearance on the motion is required. We have reviewed the motion and the parties' settlement agreement, which was submitted for *in camera* review. We conclude that the settlement is a fair and reasonable resolution of a bona fide dispute between the parties, and we give approval to the parties' settlement. Pursuant to that settlement, we dismiss the case with prejudice and with each side to bear its own fees and costs. The status hearing with the magistrate judge set for 4/04/18 is stricken. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.